

# IN THE
# TENTH COURT OF APPEALS

### No. 10-08-00353-CV

**MCI SALES AND SERVICE, INC.,**

**Appellant**

**v.**

**JAMES HINTON, INDIVIDUALLY AND AS**
**REPRESENTATIVE OF THE ESTATE**
**OF DOLORES HINTON, DECEASED, ET AL.,**

**Appellees**

**From the 170th District Court**
**McLennan County, Texas**
**Trial Court No. 2003-2308-4**

## MEMORANDUM OPINION

Appellant MCI Sales and Service, Inc. has filed a bankruptcy proceeding. TEX. R. APP. P. 8.1. Further action in this appeal is automatically stayed. *See* 11 U.S.C. § 362.

For administrative purposes, this appeal is suspended and will be treated as closed unless reinstated on a proper motion. TEX. R. APP. P. 8.2. It may be reinstated on motion of any party showing that the stay has been lifted or modified and specifying

what action, if any, is required from this Court upon reinstatement of the appeal. TEX. R. APP. P. 8.3.

The reporting requirement of Local Rule 17 is suspended. 10TH TEX. APP. (WACO) LOC. R. 17.

The Clerk of this Court is directed to transmit a copy of this opinion to the attorneys of record, the trial court judge, and the trial court clerk.


PER CURIAM

Before Chief Justice Gray,
     Justice Vance, and
     Justice Reyna
     (Chief Justice Gray dissents with a note)*
Appeal suspended; appeal administratively closed
Opinion delivered and filed October 29, 2008
[CVPM]


*(In the past we have given the parties some substantial amount of time before we act on our own to administratively close or suspend a proceeding due to bankruptcy. For consistency, and the practical aspect of giving the parties time to evaluate what to do in response to the bankruptcy, I would adhere to our former procedure. Thus I do not join this opinion at this time.)